**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **RAYMOND F. WILLIAMS**, *et al.*, | : | |
| | : | |
| **Movants**, | : | |
| | : | |
| v. | : | **Case No. 5:17-cr-00029-LAG-CHW** |
| | : | |
| **UNITED STATES OF AMERICA**, | : | **Proceedings Under 28 U.S.C. § 2255** |
| | : | **Before the U.S. Magistrate Judge** |
| **Respondent**. | : | |
| _____ | : | |

## ORDER

Before the Court are three identical Section 2255 motions filed on behalf of Raymond F. Williams and two corporate defendants, U.S. Technology Corporation and U.S. Technology Aerospace Engineering Corporation. (Docs. 179–81). Largely, the motions raise claims of ineffective assistance of counsel relating to fines.

Generally, "[a] convicted defendant who receives an allegedly erroneous fine because of constitutionally inadequate assistance of counsel cannot seek post-conviction relief under §2255." *Mamone v. United States*, 559 F.3d 1209, 1211 (11th Cir. 2009) (quoting *United States v. Segler*, 37 F.3d 1131, 1137 (5th Cir. 1994)). Rather, "the language and purpose of § 2255 [shows it has] a uniform focus on custodial sentences." *Id.*

Nevertheless, the Court cannot say at present that the instant motions are, in their entirety, "plainly … not entitled to relief." RULE 4 of the <u>Rules Governing Section 2255 Proceedings</u>. It is therefore **ORDERED** that <u>**within thirty days of the date of this order**</u>, the Movants shall amend their motions to include every unalleged constitutional error or deprivation entitling them to Section 2255 relief, failing which the Movants will be presumed to have deliberately waived complaints relating to errors or deprivations not raised.

1

It is further **ORDERED** that the United States Attorney respond to the Movants' claims by answering or otherwise defending pursuant to RULE 5 of the <u>Rules Governing Section 2255 Proceedings</u> **<u>within sixty days of the date of this order</u>**.

**SO ORDERED**, this 19th day of August, 2021.

<u>s/ Charles H. Weigle</u>
Charles H. Weigle
United States Magistrate Judge