**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| v. : | CASE NO.: 5:17-CR-29 (LAG) |
| U.S. TECHNOLOGY CORPORATION, : | |
|     Defendant, : | |
|     AND : | |
| U.S. TECHNOLOGIES MEDIA, INC. : | |
|     Garnishee. : | |

**ORDER**

On January 8, 2019, Defendant was ordered to pay "the greatest of either $50,000.00 or fifty percent (50%) of gross monthly payments received by U.S. Technology Corporation from the promissory Note between U.S. Technology Corporation and U.S. Technology Media, Inc."[1] To date, Defendant's restitution obligation has been fulfilled, but Defendant remains indebted to the United States for $693,112.36 representing the outstanding balance of the fine levied in the Judgment. On May 1, 2019, the Court issued the Writ of Garnishment to U.S. Technology Media, Inc. ("Garnishee") directing Garnishee to withhold from its payments to Defendant under the promissory note "the greatest of either $50,000.00 or fifty percent (50%) of gross monthly payments received by U.S. Technology Corporation from the promissory Note between U.S. Technology Corporation and U.S. Technology Media, Inc." (Doc. 129). The Writ remains active.

Pursuant to agreement between the United States and Garnishee related to additional debts owed to the United States by Defendant in case number 4:17-CR-189-RWS in the United States District Court for the Eastern District of Missouri, this Court hereby modifies the Writ of Garnishment as follows: Garnishee shall withhold from its payments to

---

[1] Judgment was entered on February 25, 2019. (Docs. 104, 106, 108).

Defendant under the promissory note the greater of 10% of the monthly payments due to U.S. Technology Corporation, or $5,000.00 per month. Upon satisfaction of the restitution ordered in case number 4:17-CR-189-RWS, the Garnishment shall revert to the original terms until all debts owed in this case are satisfied or until other order of the Court.

All monies withheld by Garnishee pursuant to this garnishment shall be made payable to the United States District Court and mailed to the U.S. District Court Clerk's Office, Post Office Box 128, Macon, Georgia 31202.

**SO ORDERED**, this 2nd day of November, 2023.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**